# CHULSKY ♦ KAPLAN, LLC

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

ATTORNEYS AT LAW
280 Prospect Avenue, 6G
Hackensack, NJ 07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

January 7, 2019

**Via ECF**
The Honorable Lois H. Goodman
U.S. Magistrate Judge
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **Oliver v. National Credit Audit Corporation et al.;**
      **3:18-cv-10027-FLW-LHG**

Dear Judge Goodman,

I represent the Plaintiff in the above-referenced matter request. I am pleased to report that the Plaintiff and Defendant have agreed to settle this case and in accordance with Local Civ. R. 41.1(b) am so notifying the court.

The parties request that the Court enter an order administratively terminating the case and any pending activity including conferences, specifically the Settlement Conference scheduled for January 10, 2019 at 11 am.

Very truly yours,

/s Ben A. Kaplan
Ben A. Kaplan, Esq.

cc:   All Counsel of Record (via ECF)
      Jason Spak, Esq. counsel for the defendant (via email)
      Stuart Panensky, Esq. counsel for the defendant (via email)